IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN DEAN NOOR,

      Petitioner,                No. 2:08-cv-1656 WBS JFM (HC)

   vs.

M. MARTELL, Warden (A)

      Respondent.           <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      On September 15, 2008, respondent filed a motion to dismiss this action. On September 22, 2008, the Clerk of the Court issued a notice pursuant to Local Rule 78-230(m) setting a briefing schedule for the motion. On October 2, 2008, petitioner filed a request to vacate the briefing schedule on the ground that he has not received a copy of respondent's motion to dismiss.

      Court records reflect that the motion to dismiss was served on petitioner at his address of record. Good cause appearing, the Clerk of the Court will be directed to send petitioner a copy of the motion to dismiss with this order and the court will set a new schedule for briefing the motion.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's October 2, 2008 request is granted;

2. The Clerk of the Court is directed to send petitioner a copy of respondent's September 15, 2008 motion to dismiss;

3. Petitioner is granted thirty days from the date of this order to file and serve an opposition to respondent's motion to dismiss; and

4. Respondent's reply, if any, shall be filed and served not later than ten days thereafter.

DATED: October 14, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
noor1656.brfsch

2