IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN DEAN NOOR,

    Petitioner,               No. 2:08-cv-1656 JFM (HC)

  vs.

M. MARTELL, Warden (A)

    Respondent.           ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In view of the district court's July 2, 2009 order, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent is directed to answer petitioner's claims within thirty days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents not already in the record that are relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases; and

/////

/////

/////

1

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

DATED: July 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
noor1656.ans